FILED

14 JUL -9 PM 1:27

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 26 U.S.C. § 5845 |
| | ) | 26 U.S.C. § 5861(c) |
| ROBERT OFCKY | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(f) |
| | ) | 26 U.S.C. § 5871 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| | ) | CAUSE NUMBER: |

3:14CR069

**THE GRAND JURY CHARGES:**

**COUNT 1**

In or around June 2014, in the Northern District of Indiana,

**ROBERT OFCKY,**

defendant herein, knowingly possessed destructive device(s), specifically, improvised explosive devices, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

In or around June 2014, in the Northern District of Indiana,

**ROBERT OFCKY,**

defendant herein, knowingly possessed destructive device(s), specifically, improvised explosive devices, made in violation of the provisions of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5845, 5861(c), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**

In or around June 2014, in the Northern District of Indiana,

**ROBERT OFCKY,**

defendant herein, knowingly made destructive device(s), specifically, improvised explosive devices, in violation of the provisions of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5845, 5861(f), and 5871.

**THE GRAND FURTHER JURY CHARGES:**

**COUNT 4**

In or about June 2014, in the Northern District of Indiana,

**ROBERT OFCKY,**

defendant herein, who previously had been convicted of a crime punishable by a term of imprisonment of more than one year, knowingly possessed one or more firearms in and affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

s/Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Frank E. Schaffer
Frank E. Schaffer
Assistant United States Attorney