UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:14-CR-00069 JD |
| | ) | |
| | ) | |
| ROBERT OFCKY | ) | |

### UNITED STATES' SENTENCING MEMORANDUM

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, by Frank Schaffer, Assistant United States Attorney, and submits the following Memorandum in preparation for the Sentencing Hearing in this case.

**History of the Defendant and Circumstances of the Offense**

Robert Ofcky has three (3) felony convictions and two (2) misdemeanor convictions. Mr. Ofcky has twelve (12) other contacts with the law.

In this matter, Mr. Ofcky was possessing firearms and bomb making materials. Several assault weapons and numerous high capacity magazines were recovered in the home (the government will show pictures confirming this to the court).

## United States' Sentencing Recommendation

The government and the defendant submitted a plea agreement capping the sentence to be imposed in this matter at 48 months. Due to the age of the defendant, the government believes a downward departure to 48 months in this matter followed by a term of Supervised Release is appropriate.

Dated:  January 25, 2018

>Respectfully submitted,
>
>THOMAS L. KIRSCH II
>UNITED STATES ATTORNEY
>
>By:   s/ Frank E. Schaffer
>Frank E. Schaffer
>Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent notification of such filing to defense counsel.

> s/ Chris Carson
>United States Attorney's Office
>204 S. Main Street, Room M01
>South Bend, IN 46601
>(574) 236-8287

2